OPINION — AG — **** COMMUNITY ACTION AGENCIES — BOARD MEMBERS **** PURSUANT TO THE PROVISIONS OF 42 U.S.C. § 2791, PUBLIC SCHOOL SUPERINTENDENTS AND/OR SCHOOL TEACHERS WHO RECEIVE FUNDING IN THEIR CAPACITY AS BOARD MEMBERS OF COMMUNITY ACTION AGENCIES, CAN SO SERVE ON SUCH BOARDS, ANY IRREGULARITY BEING THE RESPONSIBILITY OF THE DIRECTOR OF ECONOMIC OPPORTUNITY. (LARRY L. FRENCH)